FILED

AUG 2 0 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  09 CR 1911 GT |
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING TO SEPTEMBER 11, 2009 AT 9:00 a.m. |
| vs. | |
| JUAN HERNANDEZ-CORIA, | |
| Defendant. | |

GOOD CAUSE EXISTING, THE COURT ORDERS that Defendant's sentencing hearing be continued to September 11, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Date: 8-20-09

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

09 CR 1911 GT